# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JESSIE ADAMS**                                                **CIVIL ACTION**

**VERSUS**

                                                                        **NO. 26-114-BAJ-SDJ**

**SERGIO JIMENEZ**

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

In accordance with 28 U.S.C. § 636(b)(1), you have **14 days** after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within **14 days** after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on May 13, 2026.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE ADAMS** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 26-114-BAJ-SDJ** |
| **SERGIO JIMENEZ** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff initiated this action on January 22, 2026, against Sergio Jimenez. Plaintiff's request to proceed *in forma pauperis* was denied on April 7, 2026.[1] At that time, the Court ordered Plaintiff to "pay $405.00, the full amount of the Court's filing fee … in a single payment" within 21 days of the date of the Order—*i.e.*, by April 28, 2026.[2] The Order also put Plaintiff on notice that "[f]ailure to pay the filing fee within 21 days shall result in the dismissal of the plaintiff's Complaint without further notice from the Court."[3] Plaintiff, however, did not comply with this Court's Order, or otherwise respond, and the filing fee has not been paid as of the date of this Report and Recommendation. *See* Local Civil Rule 41(b)(2) ("If no response is received within the allotted time, the Court may dismiss the civil action."). In fact, Plaintiff has taken no action or otherwise been responsive in this proceeding since filing his Complaint and seeking to proceed *in forma pauperis*.

Local Civil Rule 41(b) allows the Court to dismiss any cause of action for the plaintiff's failure to prosecute. Plaintiff was notified that his cause of action would be dismissed if he failed

---

[1] R. Doc. 5.

[2] *Id*.

[3] *Id.*

to pay the filing fee by April 28, 2026.  He not only has failed to comply, but also has taken no action to further his case since its filing.

Accordingly,

**IT IS RECOMMEDED** that Plaintiff's action be **DISMISSED without prejudice** for failure to prosecute under Local Civil Rule 41(b).

Signed in Baton Rouge, Louisiana, on May 13, 2026.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**