## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JESSIE ADAMS                                              CIVIL ACTION

VERSUS

SERGIO JIMENEZ                                   NO. 26-00114-BAJ-SDJ

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 6, the "Report")** recommending that the Court dismiss Plaintiff's claims without prejudice for failure to prosecute under Local Civil Rule 41(b) because Plaintiff has not paid the initial filing fee or otherwise complied with the Court's April 7, 2026 Order. (Doc. 5). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.

Baton Rouge, Louisiana, this 1st day of June, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**